# Exhibit B

# Harley-Davidson Credit Corp.

PATRICIA BORCHARDT
3300 WREN LN
ROLLING MEADOWS IL  60008-2763

**Preferred Dealer:**
FOX RIVER HARLEY-DAVIDSON

2014 HARLEY-DAVIDSON FLD-103 DYNA SWITCHBACK
VIN: 1HD1GZM18EC304785

### Did you know?

You can conveniently manage your loan online. Log on at www.myhdfs.com today, or you can receive assistance with your account by contacting a service representative at **(888) MY1-HDFS (888-691-4337)**. Office hours 8:00 a.m. to 8:00 p.m. CST.

### Account Activity

**Payment Due By 10/25/2015**

| | |
|---|---|
| Account Status as of | October 5, 2015 |
| Account Number | 20140822967157 |
| Projected End Date | 09/25/2021 |
| Monthly Payment Amount | $519.24 |
| Current Amount Due | $519.24 |
| Past Due Amount | $1,233.68 |
| Late Fees/Other Fees | $56.35 |
| Expenses | $0.00 |
| **Total Amount Due** | **$1,809.27** |

Your account can be paid in full on or before October 15, 2015 for $23,407.73.

Please see reverse for mailing instructions and general information.

Please note that the time required for processing titles/lien releases varies by state and may take up to 14 business days from the date your payoff posts to your loan account.

Simplify your life! Sign up for recurring payments today at www.myhdfs.com!



### Payment Information

| Date | Item | Amount* |
|---|---|---|
| 05/08/2015 | Payment - Thank You ! | $715.00 |
| 05/08/2015 | Principal | -$715.00 |
| 05/08/2015 | Payment - Thank You ! | $1166.00 |
| 05/08/2015 | Interest | -$497.42 |
| | Principal | -$668.58 |

*This amount may not reflect any payment reversal or return check for non-sufficient funds or adjustments requested by customer.

Should this account be involved in bankruptcy proceedings or have previously received a discharge in bankruptcy, this statement is being sent for informational purposes only, and should not be considered as an attempt to collect a debt or reinstate personal liability for the debt.

**PLEASE RETURN THIS PORTION OF THE STATEMENT WITH YOUR PAYMENT**

## Harley-Davidson Credit Corp.

☐ Check box for account information changes.
Please see reverse side of billing statement.

Please print your account number on the check.
Please allow 5-7 days for mailing to ensure payment is delivered by the due date.
Please make checks payable to Harley-Davidson Credit Corp.

PATRICIA BORCHARDT
3300 WREN LN
ROLLING MEADOWS IL 60008

| | |
|---|---|
| Total Amount Due: | $1,809.27 |
| Due Date: | October 25, 2015 |
| Account Number: | 20140822967157 |
| Total Amount Enclosed: | $ |

Please make checks payable to:

Harley-Davidson Credit Corp.
Dept 15129
Palatine, IL  60055-5129

0201408229671570000000018092710252015003007